FILED
CLERK, U.S. DISTRICT COURT

FEB 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL D. SMITH,       ) | No. CV 08-207-AHM(CW) |
|                       ) | |
|          Petitioner,  ) | JUDGMENT |
|                       ) | |
|          v.           ) | |
|                       ) | |
| ROBERT J. HERNANDEZ (Warden), ) | |
|                       ) | |
|          Respondent.  ) | |
| _____ ) | |

**IT IS ADJUDGED** that the petition is dismissed for lack of jurisdiction.

DATED: _____FEB - 1 2008_____

A. HOWARD MATZ
United States District Judge